# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 0023

VERSUS

MITCHELL P. COOK                                      **FEBRUARY 14, 2022**

---

In Re:   Mitchell P. Cook, applying for supervisory writs, 22nd
         Judicial District Court, Parish of St. Tammany, No.
         362,895.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT GRANTED.** The district court is ordered to proceed toward disposition of relator's application for postconviction relief, filed on October 1, 2021, if it has not already done so.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT